UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE COUNTY SHERIFF'S OFFICE, et al.,

        Plaintiff,               Case Number 15-13558
                                                Honorable Terrence G. Berg

v.

CONEJO CAPITAL PARTNERS 2, LLC,

        Defendants.
_____/

## ORDER OF DISMISSAL

The Court was notified via email by facilitator Richard Hurford that the parties had reached a settlement in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

                                              s/Terrence G. Berg
                                              TERRENCE G. BERG
                                              UNITED STATES DISTRICT JUDGE

Dated:    February 7, 2017
              Flint, Michigan

**Certificate of Service**

  I hereby certify that this Order was electronically submitted onFebruary 7, 2017 February 7, 2017 using the CM/ECF system, which will send notification to all parties.

                   s/A. Chubb
                   Case Manager